UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ILYA LIVIZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-10012-DJC |
| JOHN G. ROBERTS, Chief Justice, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**CASPER, J.**

For the reasons stated in the Memorandum and Order dated April 9, 2019, this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2).

ROBERT M. FARRELL
CLERK OF COURT

Dated: 04/09/19          By /s/ Lisa Hourihan
                Deputy Clerk